IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

OUNLA PHOMLAVAN,                              *

      Petitioner,                          *

v.                                           Case No.  4:25-CV-516-CDL-CHW

                              *

WARDEN, STEWART DETENTION CENTER,

                              *

      Respondent.                          *

_____            *

## **J U D G M E N T**

Pursuant to this Court's Order dated 3/18/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of March, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk